**McLAUGHLIN & STERN, LLP**
Attorneys for Defendant Paul Bluhdorn
260 Madison Avenue
New York, New York 10016
Tel. 212.448.1100
Fax 212.448.0066
(LP/9647)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTLEY B. ARTOPE, | Civil Action No. 11-cv-05891-CS |
| Plaintiff, | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| -against- | |
| PAUL BLUHDORN and PAIGE BLUHDORN, | **Electronically Filed** |
| Defendants. | |

To Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of the defendant Paul Bluhdorn. Please enter this appearance on the Court's docket and electronically notify the defendant Paul Bluhdorn of all filings at the e-mail address listed below.

Date:  July 18, 2012
       New York, New York

_____
Lindsay R. Pfeffer (LP/9647)
lpfeffer@mclaughlinstern.com

**McLAUGHLIN & STERN, LLP**
Attorneys for Defendant
Paul Bluhdorn

## **CERTIFICATION OF SERVICE**

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Notice of Appearance to be electronically served, via ECF service, on Neil H. Greenberg, Sr., Esq., Neil H. Greenberg & Associates, P.C., 900 Merchants Concourse, Suite 214, Westbury, NY 11590, Attorneys for Plaintiff, and John H. Hersh, Esq., 1019 Park Street, Peekskill, NY 10566, Attorney for Defendant Paige Bluhdorn.

Dated: July 18, 2012

Lindsay R. Pfeffer