UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

WESTLEY B. ARTOPE,

                                  Plaintiff,

                                  11-CV-5891 (CS)(GAY)

    - against -

                                  **ORDER**

PAUL BLUHDORN and PAIGE BLUHDORN,

                                Defendants.

―――――――――――――――――――――――――――――

Seibel, J.

       Plaintiff has moved for summary judgment on Defendant Paige Bluhdorn's defamation counterclaim.  (Doc. 48.)  With his motion, Plaintiff submitted a Local Rule 56.1 Statement of Material Facts.  (Doc. 50.)  Defendant Paige Bluhdorn has submitted a Local Rule 56.1 Responsive Statement of Material Facts, (Doc. 54), which fails to abide my Individual Practices, which require that "[o]pposing parties must reproduce each entry in the moving party's Rule 56.1 Statement, and set out the opposing party's response directly beneath."  Defendant Paige Bluhdorn is ordered to electronically file, by the close of business on Monday, April 29, 2013, a responsive Rule 56.1 statement that complies with both the Local Civil Rules and my Individual Practices.  Failure to do so may result in Plaintiff's material facts being deemed admitted for purposes of the pending motion.

 **SO ORDERED.**

Dated: April 24, 2013
       White Plains, New York

                                              */s/ Cathy Seibel*
                                       CATHY SEIBEL, U.S.D.J.