JOHN H. HERSH
ATTORNEY AT LAW
FIRST FEDERAL BUILDING
PEEKSKILL, N.Y. 10566

(914) 739-4200

OUR FILE NO.

June 28, 2013

United States District Court Judge Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

        Re: Westley B. Artope v. Paul Bluhdorn and Paige Bluhdorn
            11-CIV-5891

Dear Judge Seibel:

    We represent a defendant, Paige Bluhdorn, 353 Sarles Street, Mount Kisco, New York 10549, in the above entitled action; and this letter accompanies our Client's sworn medical proof that she can meaningfully participate and consent to the settlement, as directed by this Court on June 25, 2013, be filed and exchanged.

    Please find attached a copy of the medical report of Christopher M. Johannet, M.D., 18 East 77th Street, Suite A, New York, New York 10021 dated June 27, 2013, certifying our Client's medical ability to participate in these legal proceedings to consent to the settlement.

    Further medical documentation will be provided as needed.

                         Yours very truly,

                         JOHN H. HERSH (JH 1548)

JHH:pf
Enclosure

cc: Neil H. Greenberg, Esq.
    900 Merchants Concourse, Suite 314
    Westbury, New York 11560
    Fax No.: 516-228-5106



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE   7/2/2013

JOHN H. HERSH

United States District Court Judge Cathy Seibel    - 2 -        June 28, 2013

Re: Westley B. Artope v. Paul Bluhdorn and Paige Bluhdorn
    11-CIV-5891

cc: Paul C. Kurland, Esq.
    Cohen Rabin Stine Schumann LLP
    7 Times Square Tower, 38th Floor
    New York, New York 10036
    Fax No.: 212-202-6100

CHRISTOPHER M. JOHANNET, M.D.
18 EAST 77th STREET, SUITE A
NEW YORK, NEW YORK 10021
(212) 772-9872

June 27, 2013

To whom it may concern,

I am writing at the request of and with the consent of Ms. Paige Bluhdorn who has been in treatment with me for her medical care. I certify that, while she remains under treatment, she is capable of participating in litigation to the extent of knowingly executing closing documents to terminate all claims against her and to terminate any cross claims and counterclaim she has brought against others. I am licensed to practice medicine in the state of New York (NY State License #172105) and I affirm the above under penalty of perjury,

Sincerely,

Christopher Johannet, M.D.